**Orlando David ALMOND, Petitioner–Appellant,**

v.

**Alton BASKERVILLE, Respondent–Appellee.**

No. 02–6904.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 4, 2002.

Decided Oct. 8, 2002.

Orlando David Almond, Appellant Pro Se. Michael Thomas Judge, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Orlando David Almond seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the magistrate judge's opinion and conclude on the reasoning of the magistrate judge that Almond has not made a substantial showing of the denial of a constitutional right.* *See Almond v. Baskerville,* No. CA–01–230–3 (E.D.Va. May 17,

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.

2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*